UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

CROSSINGBRIDGE ADVISORS LLC,

Plaintiff(s)

- v -

CARGILL INTERNATIONAL TRADING PTE LTD.

Defendant(s)
_____

**RULE 7.1 STATEMENT**

1:24-CV-9138
_____
Case Number

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

Cargill International Trading Pte Ltd.

(a private non-governmental party or intervenor) certifies the following:

**Part I**

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor. If there are no such corporations, the form shall so state.

Cargill Asia Pacific Holdings Pte. Ltd. is the direct parent company of Defendant Cargill International Trading Pte Ltd., and Cargill, Incorporated is the ultimate parent corporation of Cargill Asia Pacific Holdings Pte. Ltd. There is no publicly held corporation owning 10% or more of the stock of Defendant, as Defendant Cargill International Trading Pte Ltd., Cargill Asia Pacific Holdings Pte. Ltd., and Cargill, Incorporated are privately held.

1

**Part II**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

Cargill International Trading Pte Ltd. is a private limited company organized under the laws of Singapore with its principal place of business in Singapore.

11/27/24
Date

/s/ Tracey Salmon-Smith
Signature of Attorney

TS4642
Attorney Bar Code

Note – This form is required to be filed when the action is filed in, or removed to, federal court, and when any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a).

Form Rule7_1.pdf  SDNY Web 12/2022