

**Tracey Salmon-Smith**
Partner
tracey.salmonsmith@faegredrinker.com
+1 212 248 3191 direct

Faegre Drinker Biddle & Reath LLP
1177 Avenue of the Americas
New York, New York 10036
+1 212 248 3140 main
+1 212 248 3141 fax

faegredrinker.com

December 3, 2024

<u>**VIA ECF**</u>

Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York

*Re:* <u>*CrossingBridge Advisors, LLC v. Cargill Int'l Trading Pte Ltd., No.: 24-cv-9138 (RA)*</u>

Dear Judge Abrams:

We represent Cargill International Trading Pte Ltd. ("CITPL") in the above-captioned case, which CITPL removed to this Court on November 27, 2024 from New York County Supreme Court. We write, with the consent of Plaintiff's counsel, to request that the Court grant an extension of CITPL's time to respond to the complaint from the original due date of December 4, 2024 until January 10, 2025. This is the first request for an extension of time.

On October 23, 2024, Plaintiff commenced this action by filing suit in New York County Supreme Court under the caption *CrossingBridge Advisors, LLC v. Cargill International Trading Pte Ltd.*, Index No. 655613/2024. On November 27, 2024, CITPL timely removed the case to this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. Under Fed. R. Civ. P. 81(c)(2), CITPL otherwise would have seven days from the date of removal, or until December 4, 2024, to respond to Plaintiff's Complaint, absent the requested extension.

We appreciate the Court's attention to this matter.

Respectfully submitted,

*/s/ Tracey Salmon-Smith*
Tracey Salmon-Smith
*Counsel for Defendant Cargill International Trading Pte Ltd.*

Application granted.

SO ORDERED.

Hon. Ronnie Abrams
December 4, 2024

## CERTIFICATE OF SERVICE

I certify that, on the date set forth below, I caused a true and correct copy of the foregoing letter motion to be served via email and first-class mail, postage prepaid, upon the following:

Jeffrey Chubak, Esq.
Amini LLC
131 West 35th Street, 12th Floor
New York, New York 10001

*Counsel for Plaintiff*

Dated:  December 3, 2024                    */s/ Tracey Salmon-Smith*
                                                                                Tracey Salmon-Smith