UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CROSSINGBRIDGE ADVISORS LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>CARGILL INTERNATIONAL TRADING PTE LTD.,<br><br>　　　　　　　　　Defendant. | Civil Action No. 24-cv-9138 (RA)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Christian J. Clark, of the law firm of Faegre Drinker Biddle & Reath LLP, 1177 Avenue of the Americas, 41st Floor, New York, New York 10036, hereby enters his appearance as counsel for Defendant Cargill International Trading Pte Ltd. in the above-captioned matter.

Dated: New York, New York
　　　　December 10, 2024

FAEGRE DRINKER BIDDLE & REATH LLP

By: _/s/ Christian J. Clark_
　　　Christian J. Clark

1177 Avenue of the Americas, 41st Floor
New York, NY 10036
(212) 248-3140
christian.clark@faegredrinker.com

*Attorneys for Defendant*
*Cargill International Trading Pte Ltd.*