UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CROSSINGBRIDGE ADVISORS, LLC<br>Plaintiff<br>v.<br>CARGILL INTERNATIONAL TRADING PTE LTD.<br>Defendant | Case 24-cv-9138 (RA)<br><br>**FRCP 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for plaintiff CrossingBridge Advisors, LLC (a private non-governmental party or intervenor) certifies the following:

**Part I**

Complete this portion in all cases.
Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor. If there are no such corporations, the form shall so state.

Response: ENDI Corp.

**Part II**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).
Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members)

Response: ENDI Corp. is a citizen of Delaware (incorporation) and Virginia (executive office).

Dated: New York, NY
December 30, 2024

/s/ Jeffrey Chubak
Signature of Attorney

4581807
Attorney Bar Code