**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CROSSINGBRIDGE ADVISORS LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>CARGILL INTERNATIONAL TRADING PTE LTD.,<br><br>          Defendant. | **Case No. 24-cv-9138 (RA)** |

**NOTICE OF DEFENDANT'S MOTION TO DISMISS**

PLEASE TAKE NOTICE that Defendant Cargill International Trading Pte Ltd. ("CITPL") by and through its undersigned attorneys, will move this Court before the Honorable Ronnie Abrams, United States District Judge for the Southern District of New York, at the Thurgood Marshall United States Courthouse located at 40 Foley Square, New York, New York, 10007, at such time as the Court may hereafter determine, for an order dismissing Plaintiff CrossingBridge Advisors LLC's First Amended Complaint (the "FAC").

The grounds for this motion are set forth in the accompanying Memorandum of Law in Support of Defendant's Motion To Dismiss and the Declaration of Tracey Salmon-Smith in Support of Defendant's Motion to Dismiss, and accompanying exhibits.

Dated:  New York, New York
February 5, 2025

/s/ Tracey Salmon-Smith
Tracey Salmon-Smith
Christian J. Clark
**FAEGRE DRINKER BIDDLE & REATH LLP**
1177 Avenue of the Americas, 41st Floor
New York, New York 10036
(212) 248-3140 (Telephone)
(212) 248-3141 (Fax)
tracey.salmonsmith@faegredrinker.com
christian.clark@faegredrinker.com

*Attorneys for Defendant Cargill International Trading Pte Ltd.*