# EXHIBIT I

Court File No. CV-23-00707394-00CL

# ONTARIO
## SUPERIOR COURT OF JUSTICE
## (COMMERCIAL LIST)

**IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF TACORA RESOURCES INC.**

## MONITOR'S CERTIFICATE

**RECITALS**

A.  Pursuant to an Initial Order of the Ontario Superior Court of Justice (the "**Court**") dated October 10, 2023 (the "**Initial Order**"), Tacora Resources Inc. (the "**Applicant**") was granted creditor-protection pursuant to the *Companies' Creditors Arrangement Act* R.S.C. 1985, c. C-36, as amended (the "**CCAA**") and FTI Consulting Canada Inc. was appointed as court-appointed monitor of the Applicant.

B.  Pursuant to an Order of the Court dated July 26, 2024 (the "**Approval and Reverse Vesting Order**"), the Court, *inter alia*, (i) approved the Subscription Agreement and the Transactions, (ii) vested out of the Applicant all Excluded Assets, Excluded Contracts, Excluded Liabilities and all Claims in respect of any Senior Priority Notes, Senior Secured Notes and the APF (other than those satisfied as contemplated pursuant to Section 7.2(c) of the Subscription Agreement) and discharged all Encumbrances against the Applicant, the New Common Shares, New Secured Priority Notes (as applicable), New Warrants, Unsecured Takeback Notes and the Retained Assets, except only the Permitted Encumbrances; (iii) authorized and directed the Applicant to file the Articles of Reorganization; (iv) terminated and cancelled all Existing Equity (other than the Existing Common Shares which were cancelled with the Articles of Reorganization), as well as any Equity Documents for no consideration; (v) authorized and directed the Applicant to issue the (A) Subscribed Shares to the Investors and Other New Equity Investors, as applicable (or as any such Investor or Other New Equity Investor, as applicable, may direct, subject to the terms of the Subscription Agreement); (B) the New Warrants and Unsecured Takeback Notes to the Initial Noteholder Investors and the Other New Equity Investors that are, in each case, Existing Noteholders, as applicable, and vested in the Initial Noteholder Investors and the Other New Equity Investors that are, in each case, Existing Noteholders, as applicable, (or as any such Existing Noteholder or Other New Equity Investor, as applicable, may

LEGAL*65962160.4

-2-

direct, subject to the terms of the Subscription Agreement) all right, title and interest in and to the New Common Shares, New Secured Priority Notes (as applicable), New Warrants and Unsecured Takeback Notes, free and clear of any Encumbrances.

C.   Capitalized terms not otherwise defined herein shall have the meanings given to them in the Approval and Reverse Vesting Order or the Master Direction dated September 19, 2024, as applicable.

**THE MONITOR CERTIFIES** that:

1.   The Monitor has received written confirmation from each of the Investors, the Other New Equity Investor and the Applicant, in form and substance satisfactory to the Monitor, that the Cash Consideration (excluding the full amount of the New Equity Offering Additional Cash Consideration) has been satisfied;

2.   The Monitor has received the Bridge Funds;

3.   The Monitor has received written confirmation from each of the Investors and the Applicant, in form and substance satisfactory to the Monitor, that all conditions to closing under the Subscription Agreement have been satisfied or waived by the Investors or the Applicant, as applicable; and

4.   This Certificate was delivered by the Monitor at  3:28  p.m. on September 19, 2024.

**FTI Consulting Canada Inc., in its capacity as Monitor of Tacora Resources Inc., and not in its personal capacity**

Per: _J. Porepa_____
  Name: Jodi Porepa
  Title: Senior Managing Director

LEGAL*65962160.4

Court File No. CV-23-00707394-00CL

**IN THE MATTER OF THE COMPANIES' CREDITORS ARRANGEMENT ACT, R.S.C. 1985, c. C-36, AS AMENDED**

**AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF TACORA RESOURCES INC.**

|  | *ONTARIO*<br>**SUPERIOR COURT OF JUSTICE**<br>**(COMMERCIAL LIST)**<br><br>PROCEEDING COMMENCED AT TORONTO |
|---|---|
|  | **MONITOR'S CERTIFICATE** |
|  | **Cassels Brock & Blackwell LLP**<br>Suite 3200, Bay Adelaide Centre – North Tower<br>40 Temperance St.<br>Toronto, ON M5H 0B4<br><br>**Ryan Jacobs LSO#59510J**<br>Tel:  416.860.6465<br>rjacobs@cassels.com<br><br>**Alan Merskey LSO#413771**<br>Tel:  416.860. 2948<br>amerskey@cassels.com<br><br>**Monique Sassi LSO# 63638L**<br>Tel:  416.860.6886<br>msassi@cassels.com<br><br>*Lawyers for the Monitor, FTI Consulting Canada Inc.* |

LEGAL*65962160.4