

faegredrinker.com

Tracey Salmon-Smith
Partner
tracey.salmonsmith@faegredrinker.com
+1 212 248 3191 direct

Faegre Drinker Biddle & Reath LLP
1177 Avenue of the Americas
New York, New York 10036
+1 212 248 3140 main
+1 212 248 3141 fax

February 5, 2025

**VIA ECF**

Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York

> **Re:** *Oral Argument Request - CrossingBridge Advisors, LLC v. Cargill Int'l Trading Pte Ltd., No.: 24-cv-9138 (RA)*

Dear Judge Abrams:

  Pursuant to Rule 4.G of the Court's Individual Rules of Practice in Civil Cases, Defendant respectfully requests oral argument before the Court on the issues presented in its Motion to Dismiss filed today.

  As the briefing shows, this matter deals with contractual issues related to an underlying Canadian insolvency proceeding. Defendant believes oral argument would assist the Court in deciding these issues and determining whether the case should proceed past the pleading stage.

            Respectfully submitted,

            */s/ Tracey Salmon-Smith*
            Tracey Salmon-Smith
            *Counsel for Defendant Cargill International Trading Pte Ltd.*

cc: All Counsel Via ECF

## CERTIFICATE OF SERVICE

      I, Tracey Salmon-Smith, hereby certify that on February 5, 2025, I caused a true and correct copy of the foregoing letter to be served via the Court's electronic filing system on all counsel of record appearing on ECF.

Dated: February 5, 2025                  */s/ Tracey Salmon-Smith*
                                                  Tracey Salmon-Smith