## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

CROSSINGBRIDGE ADVISORS LLC,

                      Plaintiff,                      24 **CIVIL** 9138 (RA)

     -against-                         **JUDGMENT**

J CARGILL INTERNATIONAL TRADING PTE LTD.,

                      Defendant.

-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion & Order dated August 12, 2025, the motion to dismiss is granted. Accordingly, this case is closed.

**Dated:** New York, New York

     August 13, 2025

                                                  **TAMMI M. HELLWIG**

                                                    **Clerk of Court**

                  **BY:**

                                                    **Deputy Clerk**