UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CROSSINGBRIDGE ADVISORS, LLC<br>Plaintiff<br>v.<br>CARGILL INTERNATIONAL TRADING<br>PTE LTD.<br>Defendant | Case 24-cv-9138 (RA)<br><br>**NOTICE OF APPEAL**<br><br>Re: ECF #33, #34 |

Notice is hereby given that CrossingBridge Advisors LLC, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on August 13, 2025, as well as from the Opinion & Order dated August 12, 2025 on which it was based.

Dated: New York, New York
    September 10, 2025

             AMINI LLC

             /s/ Jeffrey Chubak
             Jeffrey Chubak
             John W. Brewer
             131 West 35th Street
             12th Floor
             New York, NY 10001
             (212) 490-4700
             jchubak@aminillc.com
             jbrewer@aminillc.com
             Attorneys for Plaintiff